```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY J. LODGE
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendant United States of America
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBBIE McKEEVER, | Case No. 1:10-cv-01248 LJO/SKO |
| Plaintiff, | **APPLICATION TO APPROVE STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT; ORDER THEREON** |
| v. | |
| UNITED STATES OF AMERICA, and ADALBERTO ARREGUIN aka ALBERT ARREGUIN, | |
| Defendants. | |

Plaintiff Rubbie McKeever ("Plaintiff") and Defendant United States of America ("Defendant"), by and through undersigned counsel, hereby stipulate to an additional 30 days for Defendant to respond to the Complaint filed July 7, 2010. (Docket No. 1). The Defendant's time to respond is extended by this stipulation to January 21, 2010.[1] The parties have previously stipulated to one prior extension of time for the purpose of determining the proper parties to the Complaint. The parties request that the Court approve this stipulation pursuant to Local Rule 144(a).

///

///

---

[1] Nothing in this stipulation is intended to constitute a waiver of any defense that may be asserted by Defendant. Defendant specifically reserves all of its defenses and objections in this action, including without limitation the defenses and objections under Rules 4, 8 and 12 of the Federal Rules of Civil Procedure and under all other applicable laws and procedural rules.

Application to Approve Stipulation for Extension of Time
to File Response to Complaint; Order Thereon           1

Respectfully submitted,

Dated: December 22, 2010          BENJAMIN B. WAGNER
United States Attorney

By:    /s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for Defendant

Dated: December 22, 2010          MOORE & MOORE

(As authorized 12/22/10)
By:    /s/Kojo Howard Moore
KOJO HOWARD MOORE
Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED that Defendant's time to respond to the Complaint filed July 7, 2010, is extended to **January 21, 2011**.

IT IS SO ORDERED.

**Dated:    December 27, 2010**          /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

Application to Approve Stipulation for Extension of Time
to File Response to Complaint; Order Thereon      2