| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | JEFFREY J. LODGE |
| | Assistant United States Attorney |
| 3 | United States Courthouse |
| | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721 |
| | Telephone:  (559) 497-4000 |
| 5 | Facsimile:  (559) 497-4099 |
| 6 | Attorneys for Defendant United States of America |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RUBBIE McKEEVER, | ) | Case No. 1:10-cv-01248 LJO/SKO |
| | ) | |
| Plaintiff, | ) | **APPLICATION TO APPROVE** |
| | ) | **STIPULATION TO DISMISS THE** |
| v. | ) | **UNITED STATES OF AMERICA** |
| | ) | **AS A PARTY; ORDER** |
| UNITED STATES OF AMERICA, and | ) | |
| ADALBERTO ARREGUIN aka ALBERT | ) | |
| ARREGUIN, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Rubbie McKeever ("Plaintiff") and Defendant United States of America ("Defendant"), by and through undersigned counsel, hereby stipulate that the United States of America has contracted for security services at the location of the alleged incident and that Adalberto Arreguin aka Albert Arreguin is not its employee and for these reasons the United States of America should be dismissed as a party to this action without prejudice.[1]  The complaint shall remain pending against the other defendant(s), who has not yet filed an appearance.

///

///

---

[1] Nothing in this stipulation is intended to constitute a waiver of any defense that may be asserted by the United States of America.  The United States specifically reserves all of its defenses and objections in this action, including without limitation the defenses and objections under Rules 4, 8 and 12 of the Federal Rules of Civil Procedure and under all other applicable laws and procedural rules.

The parties request the Court to endorse this stipulation by way of formal order pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and Local Rule 143.

Respectfully submitted,

Dated: December 28, 2010

BENJAMIN B. WAGNER
United States Attorney

By:   /s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for Defendant

Dated: December 28, 2010

MOORE & MOORE

By:   /s/Howard Moore, Jr.   (As authorizeded 12/28/10)
HOWARD MOORE, JR.
Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED that the United States of America is hereby dismissed as a party defendant in the above referenced matter without prejudice.

Dated: December 30, 2010

__/s/ Lawrence J. O'Neill_____
UNITED STATES DISTRICT JUDGE