# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBBIE McKEEVER, | CASE NO. CV F 10-1248 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 18.) |
| vs. | |
| POLICE OFFICER ADALBERTOL ARREGUIN, | |
| Defendant. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action without prejudice;

2. VACATES all pending matters and dates, including the February 8, 2011 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   January 19, 2011**                   /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

1